Law Offices

# SCHWARTZ, TOBIA & STANZIALE, P.A.

22 CRESTMONT ROAD
MONTCLAIR, NJ 07042

Tel (973) 746-6000
Fax (973) 655-0699

March 15, 2005

Richard P. Swanson, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022-6225

**VIA FACSIMILE TRANSMISSION 212.603.2001
AND REGULAR MAIL SERVICE**

RE: Student Finance Corporation ("SFC")//Ch. 7 Bankruptcy Case No. 02-11620 (JBR)
In re: Ch. 7 Trustee v. McGladrey & Pullen, LLP and Michael Aquino
Adversary Proceeding No. 04-58003.JBR
Our File No. 187sfc

Dear Mr. Swanson:

This confirms our agreement, Plaintiff will have until April 15, 2005 to file a response to the 12(b)6 Motion filed on behalf of the Defendant and that the Defendant shall have until May 5, 2005 to file a reply if it deems necessary.

We request that you execute this letter agreement where indicated and return via fax with hard copy to follow so that our local counsel, Christopher Ward, Esq. of The Bayard Firm, will enter our letter agreement on the District Court Docket.

Thank you for your courtesies in this matter.

Very truly yours,

DONALD J. CRECCA

DJC:mw
Enclosure(s)

Thelen Reid & Priest LLP
by Richard P. Swanson, Esq.
*Counsel for the Defendants,
McGladrey & Pullen, LLP and
Michael Aquino*

{N:\docs1\008660\03\A008635 1.DOC}